IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:CR-10-268-BLW |
| Plaintiff, | |
| v. | **ORDER** |
| ISRAEL VALADEZ-NONATO | |
| Defendant. | |

The Court has before it a motion to continue trial and a motion to suppress

filed by defendant.  The defendant requests that trial be moved to September or

October of 2011 as defense counsel will be seeking to exclude (1) statements made

by the defendant and (2) expected testimony from a Government expert, and needs

additional time to prepare.  The Court finds that a continuance until October 31,

2011, would be reasonable given the complexities of this case.

Under all these circumstances, the Court finds that a continuance is needed

to give defense counsel an opportunity to provide an effective defense.  Thus, a

continuance is warranted under 18 U.S.C. §3161(h)(7)(B)(iv) which authorizes a

finding of excludable time when the refusal to grant a continuance would "deny

**Memorandum Decision & Order - 1**

counsel for the defendant ... the reasonable time necessary for effective preparation

....” Under these circumstances, the interests of justice in allowing the defense

time for effective preparation outweighs the Defendant's and the public's interest

in a speedy trial under 18 U.S.C. §3161(h)(7)(A).

The Court finds that the period of time between the prior trial date and the

new trial date is excludable time under the Speedy Trial Act.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion for

continuance (docket no. 22) filed by Defendant be, and the same is hereby,

GRANTED, and that the present trial date be VACATED, and that a new trial be

set for **October 31, 2011, at 1:30 p.m.** in the Federal Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED, that the period of time between the prior trial

date and the new trial date be deemed EXCLUDABLE TIME under the Speedy

Trial Act, 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED, that the pretrial conference shall be held on

October 20, 2011, at 4:00 p.m. by telephone with the Government to initiate the

call.  The Court can be reached at 208-334-9145. The defendant need not be on the

line as only logistics will be discussed.

IT IS FURTHER ORDERED that a hearing on all pending motions –

including an evidentiary hearing on the motion to suppress – be held on September

30, 2011, at 9:00 a.m. in the Federal Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED, that the Defendant shall file all pretrial motions on or before August 19, 2011.

DATED:  **June 21, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court